United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-31173 |
| NURSES AT HEART § | |
| HEALTHCARE STAFFING, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 7 |

## ORDER TO SHOW CAUSE

Not later than April 29, 2025, Nurses at Heart Healthcare Staffing must file a document showing cause why this case should not be dismissed with prejudice against refiling.

On November 18, 2024, Nurses at Healthcare Staffing filed a chapter 7 bankruptcy petition. On January 9, 2025, the petition in that case was dismissed, without prejudice. The reason for the dismissal was that the entity is an LLC and it filed the petition without the benefit of counsel. The Court informed the Debtor's representative that the company could not file a new petition without bankruptcy counsel.

On March 3, 2025, the petition in this case was filed, again without counsel. That is in violation of the Court's admonitions on the record on January 9, 2025. The Debtor must show cause why this case should not be dismissed with prejudice against refiling.

SIGNED 04/22/2025

Marvin Isgur
United States Bankruptcy Judge